EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2016 TSPR 5 |
| | 194 DPR ____ |
| Ángel F. González Irizarry | |

Número del Caso: TS-15,614

Fecha: 12 de enero de 2016

Abogado del Peticionario:

Por derecho propio

Materia: Reactivación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

Ángel F. González Irizarry                    TS-15,614

RESOLUCIÓN

San Juan, Puerto Rico, a 12 de enero de 2016

Atendida la *"Moción Solicitando Reactivación"*, presentada por la parte peticionaria de epígrafe, se provee ha lugar.

Se ordena la reactivación del Sr. Ángel F. González Irizarry al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo